

LNE 5.31.24
KD: USAO#

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. MJM 24cr 182 |
| v. | * |
| | * (Possession of a Firearm and |
| **DEREK HARVEY, and** | * Ammunition by a Prohibited Person, 18 |
| **ROBERT JACKSON** | * U.S.C. § 922(g); Forfeiture, 18 U.S.C. § |
| | * 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. |
| Defendants. | * § 2461(c)) |

## INDICTMENT
## COUNT ONE

**(Possession of Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about January 26, 2024, in the District of Maryland, the defendants,

**DEREK HARVEY and
ROBERT JACKSON,**

each knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit: black and tan Taurus G3C handgun, with one magazine and 11 rounds of 9 mm ammunition, and that the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendants' convictions under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendants,

**DEREK HARVEY and
ROBERT JACKSON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. black and tan Taurus G3C handgun with one attached magazine and
   b. 11 rounds of 9 mm ammunition

### Substitute Assets

4. If, as a result of any act or omission of the defendants, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
_____
Foreperson

REDACTED

6/4/24
_____
Date